1

2

JS - 6

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11

DAVID LEE NUSBAUM,                    )        Case No. CV 06-5061-DSF  (OP)
                                       )
                                       )        J U D G M E N T
12

Petitioner,       )
                                       )
13

vs.              )
                                       )
14

J. F. SALAZAR, Warden,                 )
                                       )
15
                                       )
16

Respondent.       )
                                       )

17

        Pursuant to the Order Adopting Findings, Conclusions, and Recommendations

18

of the United States Magistrate Judge,

19

        IT IS ORDERED that Judgment be entered:  (1) approving and adopting this

20

Second Amended Report and Recommendation; (2) denying Respondent's Motion

21

to Dismiss as moot; and (3) directing that Judgment be entered denying the Petition

22

and dismissing this action with prejudice.

23

24

DATED: 12/22/08          _____
                                 HONORABLE DALE S. FISCHER
25
                                 United States District Judge
Prepared by:
26

_____
27

HONORABLE OSWALD PARADA
28

United States Magistrate Judge